# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0635
LT Case No. 2020-CF-004950

———————————————

ANTHONY PATTINSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Timothy McCourt, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED. *See Parks v. State*, 411 So. 3d 414, 419 (Fla. 2025).

WALLIS, EDWARDS and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____